UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **ANTHONY STEPHEN JASE (#174619)** | **NO. 11-0132-JJB-EWD-1** |

## O R D E R

In another matter pending before this Court involving Petitioner Anthony Stephen Jase, *see United States of America v. Anthony Stephen Chase, et al.*, Criminal Action No. 10-0101-JJB-EWD-3, mail that was forwarded by the Court to Petitioner has been returned with a notation on the returned envelope indicating that Petitioner is "No Longer" confined at the facility that he provided as his record address, in both that proceeding and in the above-captioned proceeding. In addition, the Court has further determined, from a visit to the Bureau of Prisons website (www.bop.gov) that Petitioner was released from confinement in March, 2015.

It appears likely that Petitioner has lost interest in further pursuing this matter since his release from confinement. In addition, Petitioner was obligated to keep the Court apprised of his current address, and the record reflects that Petitioner has taken no action to do so. Not having done so, it is unlikely that Petitioner will receive a copy of this Order. Notwithstanding, it is appropriate that the Court provide Petitioner with an opportunity to respond and advise the Court whether he wishes to continue to pursue the instant matter. Petitioner is hereby advised that, pursuant to Local Civil Rule 41(b)(4) of this Court, the failure of a pro se litigant to advise the Court of an address change may constitute cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address, and no

correction has been made to the address for a period of thirty (30) days.  Therefore,

**IT IS ORDERED** that, within twenty-one (21) days of the date of this Order, Petitioner Anthony Stephen Jase shall advise the Court, in writing, whether he wishes to continue to proceed with his § 2255 claims brought in this proceeding.  Petitioner is advised that a failure to respond to this Order within the time allowed shall be interpreted by the Court as signification that Petitioner does not wish to further proceed with this matter and/or as an indication that he no longer resides at the place provided as his record address and that he has failed to comply with the Court's rules by providing timely notice of his new address.

Signed in Baton Rouge, Louisiana, on April 25, 2016.

*Erin Wilder-Doomes*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**